DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEPHON LOFTON,

Appellant,

v.

KELLY HILL; GLOBAL RENTAL COMPANY, INC.; and
AMERICAN LIGHTING SIGNALIZATION, LLC,

Appellees.

No. 2D23-1780

_____

February 28, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Pinellas County; Thomas M. Ramsberger, Judge.

Michael L. Lundeen and Amanda M. Rodriguez of Chartwell Law, Miami,
for Appellant.

Shea T. Moxon and Thomas J. Seider of Brannock Berman & Seider,
Tampa; and Catherine M. Rinaldo of Rinaldo Law Group, Tampa, for
Appellee Kelly Hill.

No appearance for remaining Appellees.


PER CURIAM.

        Affirmed.

SLEET, C.J., and ATKINSON and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.